**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6266**

_____

SEAN D. BLACK,

                                        Plaintiff - Appellant,

        versus


E. WILLIS, Ms., T.P.S; CARL MANIS, Mr.,
AWT/N.C.C.; D. A. ROBINSON, Mr., Warden/
N.C.C.,

                                        Defendants - Appellees.


_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., District
Judge.  (CA-02-370-2)

_____

Submitted:  April 17, 2003          Decided:  April 24, 2003

_____

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sean D. Black, Appellant Pro Se.  William W. Muse, Assistant
Attorney General, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sean D. Black appeals the district court's order granting summary judgment to the defendant state officials in his 42 U.S.C. § 1983 (2000) suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Black v. Willis, No. CA-02-370-2 (E.D. Va. Jan. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED